IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION
NO.: 7:08-CV-37-D

| | |
|---|---|
| MYRA P. PHILLIPS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | ORDER GRANTING ATTORNEY'S |
| MICHAEL J. ASTRUE, ) | FEES PURSUANT TO |
| Commissioner of ) | 42 U.S.C.§ 406(b) |
| Social Security Administration ) | |
| ) | |
| Defendant ) | |
| ) | |

On October 14, 2008 a Judgment and order were entered reversing the decision of the Commissioner under sentence four of 42 U.S § 405(g) and remanding this case to the Commissioner.

Pending before the Court is attorney James B. Gillespie, 's (Plaintiff's counsel) Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b). Plaintiff's counsel requests an award of attorney fees in the amount of $12,177.63 from retroactive benefits of $69,910.52.

Plaintiff's Counsel Motion is hereby GRANTED. Defendant is Ordered to pay $12,177.63 to plaintiff's counsel, James B. Gillespie, pursuant to 42 U.S.C. § 406(b).

This the __18__ day of __May__, 2010.

JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE